UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS BRACH,

                Plaintiff,

v.

EQUIFAX SERVICES, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-7-20

19-CV-8753 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In a March 19, 2020 letter to the Court, the parties stated that they had commenced arbitration of their claims on March 16, 2020. Dkt. 41. That same date, the Court ordered the parties to file a joint status letter no later than one week after arbitration is complete. Dkt. 42. To date, the parties have not done so. No later than December 14, 2020, the parties shall file a joint status update informing the Court of the status of the arbitration.

SO ORDERED.

Dated:   December 7, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge