| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS BRACH,

                Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

                Defendants.

19-CV-8753 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 14, 2020, counsel for Plaintiff informed the Court that, although Plaintiff formally commenced arbitration with JAMS in March 2020, and Amex filed its response later that month, that arbitration had still not begun due to a processing error. Dkt. 44. Plaintiff's counsel expressed optimism that the issue would be resolved shortly. No later than May 14, 2021, the parties shall submit to the Court an update on the status of their arbitration.

SO ORDERED.

Dated:    April 30, 2021
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge