USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS BRACH,

                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

                Defendants.

19-CV-8753 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 14, 2020, counsel for Plaintiff informed the Court that, although Plaintiff formally commenced arbitration with JAMS in March 2020, and Amex filed its response later that month, that arbitration had still not begun due to a processing error. Dkt. 44. Plaintiff's counsel expressed optimism that the issue would be resolved shortly.

After the parties failed to provide the Court with any update regarding the status of the arbitration, on April 30, 2021, the Court ordered the parties to provide a status update no later than two weeks later. Dkt. 45. To date, the parties have not done so.

Accordingly, no later than June 11, 2021, the parties shall file a joint status report. **Failure to do so will result in dismissal of this action without prejudice for failure to prosecute.** *See* **Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated:    May 28, 2021
          New York, New York

_____
RONNIE ABRAMS
United States District Judge